■ DONALD LAMBERT, Appellant, v LAURENCE E. SCHREIBER, Respondent. [892 NYS2d 796]

The order appealed from did not decide the plaintiff's motion, but instead, in effect, held it in abeyance pending a certain determination by the Brookhaven Town Planning Board. Accordingly, no appeal lies as of right from that order (*see* CPLR 5701 [a] [2]; *Acunto v Stewart Ave. Gardens, LLC*, 26 AD3d 305 [2006]; *Abrahamsen v Brockway Glass Co.*, 119 AD2d 612 [1986]), and we decline to grant leave to appeal in light of our determination on the companion appeal (*see Lambert v Schreiber*, 69 AD3d 904 [2010] [decided herewith]). Prudenti, P.J., Covello, Lott and Sgroi, JJ., concur.